AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case (NOTE: Identify Changes with Asterisks (*))
Sheet 1

Case 3:06-cr-30139-WDS   Document 31   Filed 09/28/07   Page 1 of 8   Page ID #90

FILED
SEP 28 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
District of _____

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| JENNIFER LYNN SCHOENBECK | Case Number: 06-CR-30139-01-WDS |
| | USM Number: 04439-025 |
| | Stephen C. Williams |
| | Defendant's Attorney |

**Date of Original Judgment:** 9/28/07
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☒ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or to ☐ 18 U.S.C. § 3559(c)(7)
☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 through 18 of the Indictment
☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.
☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §1341 | Mail Fraud | 12/17/2004 | Count 1 |
| 18 U.S.C. §1341 | Mail Fraud | 11/22/2005 | Count 2 |

The defendant is sentenced as provided in pages 2 ____8____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 28, 2007
Date of Imposition of Judgment

*/s/ William D. Stiehl*
Signature of Judge

HONORABLE WILLIAM D. STIEHL, U. S. DISTRICT JUDGE
Name and Title of Judge

28 September 2007
Date

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 1A
Case 3:06-cr-30139-WDS   Document 31   Filed 09/28/07   Page 2 of 8   Page ID #97
(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 8

DEFENDANT: JENNIFER LYNN SCHOENBECK
CASE NUMBER: 06-CR-30139-01-WDS

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §1341 | Mail Fraud | 01/27/2006 | Count 3 |
| 18 U.S.C. §1341 | Mail Fraud | 01/30/2006 | Count 4 |
| 18 U.S.C. §1341 | Mail Fraud | 02/06/2006 | Count 5 |
| 18 U.S.C. §1341 | Mail Fraud | 02/22/2006 | Count 6 |
| 18 U.S.C. §1341 | Mail Fraud | 02/27/2006 | Count 7 |
| 18 U.S.C. §1341 | Mail Fraud | 02/28/2006 | Count 8 |
| 18 U.S.C. §1341 | Mail Fraud | 02/28/2006 | Count 9 |
| 18 U.S.C. §1341 | Mail Fraud | 03/15/2006 | Count 10 |
| 18 U.S.C. §1341 | Mail Fraud | 03/20/2006 | Count 11 |
| 18 U.S.C. §1341 | Mail Fraud | 03/20/2006 | Count 12 |
| 18 U.S.C. §1341 | Mail Fraud | 03/20/2006 | Count 13 |
| 18 U.S.C. §1341 | Mail Fraud | 03/21/2006 | Count 14 |
| 18 U.S.C. §1341 | Mail Fraud | 03/21/2006 | Count 15 |
| 18 U.S.C. §1341 | Mail Fraud | 03/21/2006 | Count 16 |
| 18 U.S.C. §1341 | Mail Fraud | 03/23/2006 | Count 17 |
| 18 U.S.C. §1341 | Mail Fraud | 04/04/2006 | Count 18 |

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment (NOTE: Identify Changes with Asterisks (*))

Case 3:06-cr-30139-WDS Document 31 Filed 09/28/07 Page 3 of 8 Page ID #98

Judgment — Page 3 of 8

DEFENDANT: JENNIFER LYNN SCHOENBECK
CASE NUMBER: 06-CR-30139-01-WDS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

4 MONTHS ON EACH OF COUNTS 1 THROUGH 18, SAID TERMS TO RUN CONCURRENTLY.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☒ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release  (NOTE: Identify Changes with Asterisks (*))

Case 3:06-cr-30139-WDS   Document 31   Filed 09/28/07   Page 4 of 8   Page ID #99

Judgment—Page __4__ of __8__

DEFENDANT: JENNIFER LYNN SCHOENBECK
CASE NUMBER: 06-CR-30139-01-WDS

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

3 YEARS ON EACH OF COUNTS 1 THROUGH 18, ALL SAID TERMS TO RUN CONCURRENTLY, THE FIRST 4 MONTHS OF SUPERVISED RELEASE SHALL BE SERVED ON HOME CONFINEMENT.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the

DEFENDANT:     JENNIFER LYNN SCHOENBECK
CASE NUMBER:     06-CR-30139-01-WDS

# ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall provide the probation office and the Financial Litigation Unit of the United States Attorney's Office, with access to any requested financial information. The defendant is advised that the probation office may share financial information with the Financial Litigation Unit.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

The defendant shall participate in a program of mental health treatment as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

The defendant shall permit the probation officer to have access to any personal computer and/or electronic device capable of accessing the Internet, World Wide Web, and Electronic Mail. The defendant shall also allow the probation officer or designee to conduct regular searches of her computer using software monitoring devices if determined necessary by the probation officer. While on supervised release, the defendant shall advise the probation officer of all e-mail addresses he uses on both public and private computers. The defendant shall consent to a third-party disclosure to any employer or any potential employer concerning any computer-related restrictions that may be imposed. The defendant shall warn other residents or occupants of her home that computer systems will be subject to inspection by the probation officer and/or authorized contractor.

The defendant shall submit his person, residence, real property, place of business, computer, or vehicle to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

AO 245C Case 06/05-Amended Judgment in a Criminal Case Document 31  Filed 09/28/07  Page 6 of 8  Page ID #101
Sheet 5 — Criminal Monetary Penalties (NOTE: Identify Changes with Asterisks (*))

Judgment — Page  6  of  8

DEFENDANT:     JENNIFER LYNN SCHOENBECK
CASE NUMBER:   06-CR-30139-01-WDS

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|         | **Assessment** | **Fine** | **Restitution** |
|---------|----------------|----------|-----------------|
| TOTALS  | $ 1800.00      | $        | $ 22,479.19     |

☐ The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Bank of America<br>655 Papermill Road<br>Mail Code DE5-011-03-01<br>Newark, DE 19711<br><br>Ref. Acct. Nos.<br>4319 0442 0000 7025<br>4319 0442 0002 1133<br>4319 0442 0002 3089<br>4319 0442 0002 3139<br>4319 0442 0002 3337<br>4319 0442 0002 3675<br>4319 0442 0002 3758<br>4319 0442 0002 3824<br>4319 0442 0002 3832<br>4319 0442 0002 4475<br>4319 0442 0002 4483<br>4319 0442 0002 4947 | | $19,881.25 | |
| **TOTALS** | $ | $ 22,479.19 (see Page 7) | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☒ the interest requirement is waived for  ☐ fine  ☒ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO    (Rev. 06/05) Amended Judgment in a Criminal Case
        Sheet 5B — Criminal Monetary Penalties        (NOTE: Identify Changes with Asterisks

Judgment — Page  7  o  8

DEFENDANT:    JENNIFER LYNN SCHOENBECK
CASE NUMBER:    06-CR-30139-01-WDS

# ADDITIONAL RESTITUTION PAYEES

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Chase Credit Card<br>P. O. Box 1523<br>Lindenhurst, NY 11757-0942<br>ATTN: Dyan Henn<br><br>Ref. Acct. Nos.<br>5401 6830 2292 3723<br>5401 6830 2225 4384<br>5401 6830 2153 4471 | | $2,597.94 | |

\* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C    Case: 06/06-Amended Judgment in a Criminal Case    Document 31    Filed 09/28/07    Page 8 of 8    Page ID #103
Sheet 6 — Schedule of Payments                                                                                              (NOTE: Identify Changes with Asterisks (*))

Judgment — Page    8    of    8

DEFENDANT:      JENNIFER LYNN SCHOENBECK
CASE NUMBER:    06-CR-30139-01-WDS

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

    Payments are due immediately through the Clerk of the Court. If the defendant is unable to pay immediately, then payments shall be required while the defendant is incarcerated in the U. S. Bureau of Prisons, in compliance with the Inmate Financial Responsibility Program. While incarcerated, the defendant shall make monthly payments consisting of one-half of the amount of monthly deposits into the defendant's inmate trust account; however, if the account balance is less than $20.00, no payment shall be required. Any financial penalties that remain unpaid at the commencement of the term of supervised release shall be paid at the rate of $10 per month, or 10 % of defendant's monthly gross earnings, whichever is greater. Any payment of restitution shall be divided among the victims in proportion to their compensable injuries.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.